1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email:Adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email:dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor,
   San Francisco, CA 94105-2725
5  Telephone: 415.433.0990
   Facsimile: 415.434.1370
6  Attorneys for Plaintiff,
   WESTERN RESERVE LIFE ASSURANCE
7  COMPANY OF OHIO

8  JENNIFER J. LOTHERT (SBN 225776)
   Email:young.ward@sbcglobal.net
9  YOUNG WARD & LOTHERT
   A Professional Law Corporation
10 995 Morning Star Drive, Suite C
   Sonora, CA 95370
11 Telephone: 209.536.2750
   Facsimile: 209.536.2752
12 Attorneys for Defendants,
   CHRISTOPHER PITCHER
13 RICHARD PITCHER

14 JENNIFER GOULD (SBN 135855)
   jgould@gsblaw.com
15 GARVEY SCHUBERT BARER
   Eleventh Floor
16 121 SW Morrison Street, 11th Floor
   Portland, OR 97204-3141
17 Telephone: 503.228.3939
   Facsimile: 503.226.0259
18  Attorneys for Defendants,
   SUZETTE HEINRICH
19 JANET ALDRICH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO, | Case No. 1:14-cv-00137-LJO-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISCHARGE AND DISMISSAL WITH PREJUDICE OF PLAINTIFF WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO |
| v. | |
| SUZETTE HEINRICH, JANET ALDRICH, CHRISTOPHER PITCHER, and RICHARD PITCHER, AND DOES 1 – 10, | The Honorable Gary S. Austin |
| Defendants | |

IT IS HEREBY STIPULATED, by and between plaintiff Western Reserve Life Assurance Company of Ohio ("Western Reserve Life"), and defendants Suzette Heinrich, Janet Aldrich, Christopher Pitcher, and Richard Pitcher:

1. That this Court may enter an order discharging Western Reserve Life as set forth herein;

2. That, by reason of the death of Gregory Pitcher ("Decedent"), on or about July 29, 2013, a death benefit in the amount of $156,937.27, ("the Benefit Proceeds"), became payable under life insurance policy no. 014172652 ("the Policy") issued to Decedent.

3. That defendants Suzanne Heinrich, Janet Aldrich, Richard Pitcher and Christopher Pitcher each claim entitlement to some or all of the Benefit Proceeds and that, to date, no other person or entity currently makes claim to Western Reserve Life for the Benefit Proceeds;

4. That Western Reserve Life was ready, willing, and able to deliver the Benefit Proceeds to the person(s) legally entitled thereto.  However, by reason of the actual and potential competing claims to the Benefit Proceeds, Western Reserve Life did not know and was unable to determine the person(s) legally entitled to them;

5. That concurrently with the filing of its complaint in interpleader, Western Reserve Life deposited with the Clerk of this Court the Benefit Proceeds, totaling One Hundred Fifty Seven Thousand, Three Hundred Thirty-Two Dollars and Eighty-Seven Cents ($157,332.87), which represents the insurance proceeds payable under the Policy, plus interest;

6. That having deposited the monies with the Clerk of the Court on or about January 30, 2014, Western Reserve Life, its predecessors, successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of Decedent as to any and all claims, charges, demands, or otherwise that exist now or may arise at any time in the future;

7. That Western Reserve Life is entitled to fees in the amount of $4,932.00 and costs of $1,637.06, for a total of $6,596.06, to be paid out of the Benefit Proceeds deposited with the Clerk

of this Court and made payable to "Western Reserve Life Assurance Company of Ohio," c/o Wilson, Elser, 525 Market St., 17th Floor, San Francisco, CA 94105, Attn. Dennis J. Rhodes;

8. That in the event the Court awards defendants Richard Pitcher and Christopher Pitcher a share of the Benefit Proceeds, Richard Pitcher and Christopher Pitcher shall provide to defendants Suzette Heinrich and Janet Aldrich 50% of Western Reserve Life's fees and costs awarded herein, which 50% share amounts to $3,273.03, from the Benefit Proceeds awarded to them, if any;

9. That defendants Suzette Heinrich, Janet Aldrich, Richard Pitcher and Christopher Pitcher and their heirs, estates, representatives and/or agents are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against Western Reserve Life, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the Policy, and/or related to the Policy, the handling of the claims for benefits, the proceeds due under the Policy and the interpleader action; and

10. That Western Reserve Life is dismissed from this action with prejudice.

Date: April 24, 2014         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Dennis J. Rhodes*
        Adrienne C. Publicover
        Dennis J. Rhodes
        Attorneys for Plaintiff
        Western Reserve Life Assurance Company of Ohio

Date: April 24, 2014         YOUNG WARD & LOTHERT

By:   */s/ Jennifer J. Lothert*
        Jennifer J. Lothert
        Attorneys for Defendants,
        Christopher Pitcher
        Richard Pitcher

1 | Date: April 24, 2014          GARVEY SCHUBERT BARER

By: */s/ Jennifer Gould*
     Jennifer Gould
     Attorneys for Defendants
     Suzette Heinrich
     Janet Aldrich

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED**.

The Clerk of Court is directed <u>not</u> to close this case.

IT IS SO ORDERED.

Dated: **April 24, 2014**        /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE