ADRIENNE C. PUBLICOVER (SBN 161432)
Email:Adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email:dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Plaintiff,
WESTERN RESERVE LIFE ASSURANCE
COMPANY OF OHIO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,<br><br>          Plaintiff,<br><br>     v.<br><br>SUZETTE HEINRICH, JANET ALDRICH, CHRISTOPHER PITCHER, and RICHARD PITCHER, AND DOES 1 – 10,<br><br>          Defendants | Case No. 1:14-cv-00137-LJO-GSA<br><br>NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF CLERICAL ERROR IN ORDER<br><br>FRCP 60(a)<br><br>The Honorable Lawrence J. O'Neill |

On April 24, 2014, this Court entered an order dismissing plaintiff Western Reserve Life Assurance Company of Ohio with prejudice and with recovery of fees. The Order contained a mathematical error in the sum of the fees and costs. The Order identified the fees and costs awarded to Western Reserve Life. However, the sum of the fees and costs in the Order is in error. The fees in the amount of $4,932.00 and costs in the amount of $1,637.06 total $6,5**69**.06, not $6,5**96**.06.

///

///

Under Rule 60(a) of the Federal Rules of Civil Procedure, Western Reserve Life Assurance Company of Ohio asks the Court to amend the Order to reflect the accurate total of $6, 569.06.

Date: May 28, 2014               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                 By:   */s/ Dennis J. Rhodes*
                                       Adrienne C. Publicover
                                       Dennis J. Rhodes
                                       Attorneys for Plaintiff
                                       Western Reserve Life Assurance Company of Ohio

**ORDER**

**IT IS SO ORDERED**.

The amount of fees and costs pursuant to this Court's order dated April 24, 2014, is amended to reflect the proper amount of $6,569.06.

IT IS SO ORDERED.

Dated:   **May 28, 2014**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

2
NOTICE OF ERRATA AND REQUEST FOR CORRECTION OF CLERICAL ERROR IN ORDER
USDC EASTERN DISTRICT CASE NO. 1:14-cv-00137-LJO-GSA

1217187v.1