1 | William J. Keeler, Jr., Bar No. 057461
Email: wkeeler@gsblaw.com
Jennifer Fransen Gould, Bar No. 252643
Email: jgould@gsblaw.com
GARVEY SCHUBERT BARER
121 S.W. Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone:   503-228-3939
Facsimile:   503-226-0259

Attorneys for Defendants SUZETTE HEINRICH and JANET ALDRICH

Jennifer J. Lothert, Bar No. 225776
Email: young.ward@sbcglobal.net
YOUNG WARD & LOTHERT
A Professional Law Corporation
995 Moring Start Drive, Suite C
Senora, California 95370
Telephone:   209-536-2750
Facsimile:   209-536.2752

Attorneys for Defendants CHRISTOPHER PITCHER and RICHARD PITCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,<br><br>Plaintiff,<br><br>v.<br><br>SUZETTE HEINRICH, JANET ALDRICH, CHRISTOPHER PITCHER, and RICHARD PITCHER, AND DOES 1 – 10,<br><br>Defendants. | Case No. 1:14 CV-00137-GSA<br><br>**ORDER FOR DISCHARGE**<br><br>(ECF No. 48) |

Pursuant to the Stipulation of the parties between Defendants (ECF No. 48), IT IS HEREBY ORDERED this case be DISMISSED WITH PREJUDICE.

- 1 -

ORDER FOR DISCHARGE

IT IS FURTHER ORDERED that the Court shall release One Hundred Fifty Seven Thousand, Three Hundred Thirty Two Dollars and Eighty-Seven Cents ($157,332.87), which represents the insurance proceeds payable under Policy No. 014172652 that were deposited with the Court by Western Reserve Life Assurance Company of Ohio on January 31, 2014, payable to Suzette Heinrich and Janet Aldrich, in care of their designated counsel.

IT IS FURTHER ORDERED that Defendants Suzette Heinrich and Janet Aldrich, in care of their designated counsel, will disburse from said insurance proceeds under Policy No. 014172652, a total of Thirty Five Thousand Dollars ($35,000.00) payable to Defendants Christopher Pitcher and Richard Pitcher, in care of their designated counsel, pursuant to the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:   **June 3, 2015**          **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE