1  William J. Keeler, Jr., Bar No. 057461
   Email: wkeeler@gsblaw.com
2  Jennifer Fransen Gould, Bar No. 252643
   Email: jgould@gsblaw.com
3  GARVEY SCHUBERT BARER
4  121 S.W. Morrison Street, Eleventh Floor
   Portland, Oregon  97204-3141
5  Telephone:    503-228-3939
   Facsimile:    503-226-0259
6
7  Attorneys for Defendants SUZETTE HEINRICH and
   JANET ALDRICH
8
   Jennifer J. Lothert, Bar No. 225776
9  Email: young.ward@sbcglobal.net
   YOUNG WARD & LOTHERT
10 A Professional Law Corporation
   995 Moring Start Drive, Suite C
11 Senora, California 95370
   Telephone:    209-536-2750
12 Facsimile:    209-536.2752
13
   Attorneys for Defendants CHRISTOPHER PITCHER
14 and RICHARD PITCHER

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO, | **Case No. 1:14 CV-00137-GSA** |
| 20              Plaintiff, | **AMENDED ORDER FOR DISCHARGE** |
| 21       v. | |
| 22  SUZETTE HEINRICH, JANET ALDRICH, CHRISTOPHER PITCHER, and RICHARD PITCHER, AND DOES 1 – 10, | (ECF No. 48) |
| 24              Defendants. | |

25

26       Pursuant to the Stipulation of the parties between Defendants (ECF No. 48), IT IS

27 HEREBY ORDERED that this case be DISMISSED WITH PREJUDICE following the

28
                                         - 1 -

disbursement of payments as set forth herein.[1]

IT IS FURTHER ORDERED that the Clerk of the Court shall release One Hundred Fifty Thousand, Seven Hundred Thirty Six Dollars and Eighty-One Cents ($150,736.81), which represents the remaining insurance proceeds payable under Policy No. 014172652 that were deposited with the Court by Western Reserve Life Assurance Company of Ohio on January 31, 2014, payable to Suzette Heinrich and Janet Aldrich, in care of their designated counsel.[2]

IT IS FURTHER ORDERED that Defendants Suzette Heinrich and Janet Aldrich, in care of their designated counsel, will disburse from said insurance proceeds under Policy No. 014172652, a total of Thirty Five Thousand Dollars ($35,000.00) payable to Defendants Christopher Pitcher and Richard Pitcher, in care of their designated counsel, pursuant to the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:   **June 9, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] This amended order is being issued to correct an error regarding the amount of the insurance proceeds currently held by the Court. On April 24, 2015, the Court disbursed $6,596.06 of the amount held to Western Reserve Life pursuant to a stipulation between the parties (ECF Nos. 23, 24).

[2] Should the funds be subject to any registry fees at the time of the disbursement pursuant to Local Rule 150, the fees shall be deducted from the amount of the disbursement.

- 2 -

AMENDED ORDER FOR DISCHARGE