William J. Keeler, Jr., Bar No. 057461
Email: wkeeler@gsblaw.com
Jennifer Fransen Gould, Bar No. 252643
Email: jgould@gsblaw.com
GARVEY SCHUBERT BARER
121 S.W. Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone:    503-228-3939
Facsimile:    503-226-0259

Attorneys for Defendants SUZETTE HEINRICH and JANET ALDRICH

Jennifer J. Lothert, Bar No. 225776
Email: young.ward@sbcglobal.net
YOUNG WARD & LOTHERT
A Professional Law Corporation
995 Moring Start Drive, Suite C
Senora, California 95370
Telephone:    209-536-2750
Facsimile:    209-536.2752

Attorneys for Defendants CHRISTOPHER PITCHER and RICHARD PITCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,<br><br>Plaintiff,<br><br>v.<br><br>SUZETTE HEINRICH, JANET ALDRICH, CHRISTOPHER PITCHER, and RICHARD PITCHER, AND DOES 1 – 10,<br><br>Defendants. | Case No. 1:14 CV-00137-GSA<br><br>**SECOND AMENDED ORDER FOR DISCHARGE**<br><br>(ECF No. 48) |

Pursuant to the Stipulation of the parties between Defendants (ECF No. 48), IT IS HEREBY ORDERED that this case be DISMISSED WITH PREJUDICE following the

- 1 -

AMENDED ORDER FOR DISCHARGE

disbursement of payments as set forth herein.[1]

IT IS FURTHER ORDERED that the Clerk of the Court shall release One Hundred Fifty Thousand, Seven Hundred Sixty Three Dollars and Eighty-One Cents ($150,763.81)[2] along with any accrued interest, payable to both Suzette Heinrich and Janet Aldrich, in care of their designated counsel.[3]

IT IS FURTHER ORDERED that Defendants Suzette Heinrich and Janet Aldrich, in care of their designated counsel, will disburse from said insurance proceeds under Policy No. 014172652, a total of Thirty Five Thousand Dollars ($35,000.00) payable to Defendants Christopher Pitcher and Richard Pitcher, in care of their designated counsel, pursuant to the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:   **June 9, 2015**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] This amended order is being issued to correct an error regarding the amount of the insurance proceeds currently held by the Court following the disbursement of $**6,569.06** ordered on April 24, 2014 and May 29, 2014 to Western Reserve Life pursuant to a stipulation between the parties (ECF Nos. 23, 24, 28).

[2] This represents the remaining insurance proceeds payable under Policy No. 014172652 that were deposited with the Court by Western Reserve Life Assurance Company of Ohio on January 31, 2014.

[3] Should the funds be subject to any registry fees at the time of the disbursement pursuant to Local Rule 150, the fees shall be deducted from the amount of the disbursement.

AMENDED ORDER FOR DISCHARGE